ACCEPTED
03-15-00742-CV
8372453
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 10:25:24 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00742-CV

_____

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 10:25:24 AM
JEFFREY D. KYLE
Clerk

_____

**TEXAS BOARD OF NURSING**
*Appellant*,

**v.**

**DARLENE MORIARTY**
*Appellee*.

_____

On Appeal from the 53rd Judicial District Court
Of Travis County, Texas
Cause No. D-1-GN-14-002410

_____

**OPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S BRIEF**

_____

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

KARA HOLSINGER
Assistant Attorney General
State Bar No. 24065444
OFFICE OF THE ATTORNEY GENERAL
OF TEXAS
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:  (512) 475-4203
Facsimile:   (512) 320-0167
kara.holsinger@texasattorneygeneral.gov

COUNSEL FOR APPELLANT

Appellant, the Texas Board of Nursing ("the Board"), respectfully asks this Court for an extension of time to file Appellant's Brief pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d). The Board's brief is due January 5, 2016. The Board respectfully requests an additional twenty-four days in which to file its brief, making the brief due to be filed on or before January 29, 2015. This is the Board's first request for an extension. Appellee is opposed to this request.

The Board respectfully requests an extension of time due holiday office closures, a previously scheduled hearing, and a briefing deadline. The undersigned counsel's office is closed or operating with a "skeleton crew" on December 23-25th, December 31st, and January 1st. Additionally, the undersigned counsel has a hearing set for Thursday, January 7th in the Travis County District Court in *James Parker v. Texas Health and Human Services Commission*, Cause No. D-1-GN-15-001923. The undersigned also has a district court brief due on January 15, 2015 in *Alicia Engelhardt v. Texas Department of Aging and Disability Services,* Cause No. D-1-GN-12-001193. Finally, the undersigned must assist a client agency in preparing for board meetings scheduled for January 28th and 29th. The Board accordingly seeks an extension of time in which to prepare and file Appellant's Brief.

This request is not made for purposes of delay, but to allow the undersigned counsel time to properly prepare Appellant's Brief, and so that justice can be done.

For the above reasons, the Board respectfully requests that the Court grant this unopposed motion and extend the deadline for filing the Board's brief up to and including January 29, 2016.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

*/s/ Kara Holsinger*
KARA HOLSINGER
Assistant Attorney General
State Bar No. 24065444
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:   (512) 475-4203
Facsimile:    (512) 320-0167
kara.holsinger@texasattorneygeneral.gov

COUNSEL FOR APPELLANT

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Appellant certifies that she has conferred with counsel for Appellee regarding the foregoing request for an extension of time, and has been advised that Appellee opposes this request.

*/s/ Kara Holsinger*
KARA HOLSINGER


## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing was served via e-serve and e-mail on this the 28th day of December, 2015 to the following:

Elizabeth L. Higginbotham, RN, JD
State Bar No. 00787694
1100 NW Loop 410, Suite 700
San Antonio, Texas 78213
Telephone: (210) 366-8871
Facsimile: (866) 250-4443
lizh@texasnurse-law.com

*Attorney for Appellee*

*/s/ Kara Holsinger*
KARA HOLSINGER
Assistant Attorney General